IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| JENNIFER C. BARGAINER, | § § | |
| Plaintiff, | § § | |
| v. | § § | CIVIL ACTION NO. H-10-5069 |
| AMERICAN BUREAU OF SHIPPING, | § § § | |
| Defendant. | § | |

## ORDER

In this employment dispute, the defendant, American Bureau of Shipping, has moved to dismiss, arguing that the plaintiff is judicially estopped from asserting her claim because she failed to disclose it during bankruptcy proceedings. (Docket Entry No. 6). The Fifth Circuit recently heard arguments *en banc* concerning judicial estoppel in bankruptcy cases in No. 08-11098, *Reed v. City of Arlington*. This court will defer deciding the motion to dismiss until the Fifth Circuit's decision. The parties may supplement their briefs no later than 14 days after *Reed* is decided to address the impact of the *en banc* decision.

SIGNED on June 21, 2011, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge