# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| JENNIFER C. BARGAINER, | § |
| | § |
| Plaintiff, | § |
| | § |
| v. | § CIVIL ACTION NO. H-10-5069 |
| | § |
| AMERICAN BUREAU OF SHIPPING, | § |
| | § |
| Defendant. | § |

## ORDER

Having considered the defendant's Motion to Dismiss, plaintiff's response, defendant's reply, defendant's supplemental brief, plaintiff's supplemental brief, and arguments presented at the August 31, 2011 hearing, it is ordered that the trustee in the plaintiff's bankruptcy suit has until **October 14, 2011** to substitute in this suit for the plaintiff or her suit will be dismissed with prejudice.

SIGNED on September 27, 2011, at Houston, Texas.

Lee H. Rosenthal
United States District Judge