IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| JENNIFER C. BARGAINER, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. H-10-5069 |
| | § | |
| AMERICAN BUREAU OF SHIPPING, | § | |
| | § | |
| Defendant. | § | |

## ORDER

On September 27, 2011, this court set an October 14, 2011 deadline for the trustee in the plaintiff's bankruptcy suit to substitute in this suit for the plaintiff. If the trustee did not do so, the suit would be dismissed with prejudice. There has been no substitution. This suit is dismissed with prejudice.

SIGNED on October 24, 2011, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge